12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Request and Order to Withdraw Warrant or Summons

Name of Person: **Adam Curtis Williams** Docket Number: **2:19CR00298-001**

Name of Sentencing Judicial Officer: **Honorable Noel L. Hillman**
**U.S. District Judge**
**District of New Jersey**

Name of Assigned Judicial Officer: **Honorable David Sam**
**Senior U.S. District Judge**
**(Transfer of Jurisdiction accepted on August 23, 2019)**

Date of Original Sentence: **April 27, 2017**

Original Offense: **Possession of Contraband**

Original Sentence: **6 Months Bureau of Prisons Custody/36 Months Supervised Release**

Type of Supervision: **Supervised Release** Supervision Began: **December 17, 2018**

---

## PETITIONING THE COURT

☒ To withdraw the warrant or summons issued October 3, 2019 as follows:

---

## CAUSE

Mr. Williams absconded from supervision in 2019. After absconding, he fled to Texas where he and his girlfriend murdered a couple and buried them near the beach. He subsequently fled to Mexico in the victim's truck and camp trailer. Mr. Williams was located and arrested in Mexico. He was extradited back to Texas and pled guilty to the double homicide. He was sentenced to life without parole and is currently in custody serving this sentence. Due to the sentence in Texas, he will not be released from state custody to appear on the current violation allegations in the District of Utah.

Therefore, it is respectfully recommended the outstanding petition be withdrawn and the case closed. A separate and similar petition is submitted in relation to Mr. Williams' other federal case, Case No. 1:10CR00056. The Assistant U.S. Attorney representing the case is in support of this request.

Attached is a news article in relation to the murder case in Texas.

https://www.kristv.com/news/local-news/williams-noverr-expected-to-enter-pleas-today-in-pins-murder-case

If the Court desires more information or another course of action, please contact me at (801) 535-2742.

I declare under penalty of perjury that the foregoing is true and correct.

Dusten Russell

by Dusten Russell
U.S. Probation Officer
April 2, 2024

PROB 12C
D/UT 03/19

Adam Curtis Williams
2:19CR00298-001

**THE COURT ORDERS:**

- [x] To withdraw the warrant or summons issued 10/3/2019 as follows:withdraw petition and close case
- [ ] No action
- [ ] Other

Honorable David Sam
Senior United States District Judge

Date: 04/02/2024